United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

  v.

RICHARD GHILARDUCCI,

        Defendant.

                         /

No. C 10-00056 CRB

**ORDER AMENDING AUGUST 24, 2012 ORDER**

     The Court hereby AMENDS its Order of August 24, 2012 to specify that Gary and Jackie Lipscomb may deposit into the Court Registry payment representing part of the proceeds from the sale of real property discussed in the August 24, 2012 Order.

     **IT IS SO ORDERED.**

Dated: December 5, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\56\order re Aug 24 order.wpd