1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                           No. C 10-00056 CRB

12              Plaintiff,                     **ORDER AMENDING AUGUST 24,
                                               2012 ORDER**
13       v.

14   RICHARD GHILARDUCCI,

15              Defendant.
     _____/

16

17       The Court hereby AMENDS its Order of August 24, 2012 to specify that Gary and

18   Jackie Lipscomb may deposit into the Court Registry payment representing part of the

19   proceeds from the sale of real property discussed in the August 24, 2012 Order.

20       **IT IS SO ORDERED.**

21

22   Dated: December 5, 2012                   _____
                                               CHARLES  R. BREYER
23                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

G:\CRBALL\2010\56\order re Aug 24 order.wpd