IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD GHILARDUCCI,<br><br>　　　　　Defendant.　　　　　　　　／ | No. C 10-00056 CRB<br><br>**ORDER REQUIRING<br>SUPPLEMENTAL BRIEFING** |

　　　Petitioner Richard Ghilarducci has filed a habeas petition pursuant to 28 U.S.C. § 2255, in which he alleges prosecutorial misconduct and ineffective assistance of counsel in connection with his sentencing. See generally Pet. (dkt. 51). Petitioner asks the Court to conduct an evidentiary hearing and to correct his sentence. See Reply (dkt. 70) at 11. The Petition initially included claims challenging Petitioner's restitution order, but Petitioner explicitly dropped those claims in his Reply brief. See id. at 3. The government has opposed, but its opposition was focused largely on the restitution-based claims. See generally Opp'n (dkt. 65).

　　　The Court therefore ORDERS the government to file by March 22, 2013 a supplemental brief, of no more than 15 pages, addressing Petitioner's ineffective assistance of counsel claim. Petitioner may then file by April 5, 2013 a response to that filing, should he wish to do so, also of no more than 15 pages. The Court further finds that Petitioner has

1 waived the attorney-client privilege as to his ineffective assistance of counsel claim.

2 **IT IS SO ORDERED.**

4 Dated: March 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE