IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,      )<br>                               )<br>     Plaintiff/Respondent,  )<br>                               )<br>vs.                            )<br>                               )<br>RICHARD GHILARDUCCI,           )<br>                               )<br>     Defendant/Petitioner.   )<br>                               ) | No. C 10-56 CRB<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY |

Petitioner Richard Ghilarducci has filed a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2255 and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

DATED: May 9, 2014

CHARLES R. BREYER
United States District Judge