IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

RICHARD GHILARDUCCI,

    Defendant.
                                /

No. 10-cr-0056 CRB

**ORDER REGARDING RESTITUTION PAYMENTS AND INSTRUCTIONS TO CLERK**

On August 7, 2017 the Court received a communication from the wife of one of the victims in this case, Patricia Petrusha, advising the Court that her husband, John Petrusha, had passed away. In that letter, she requested that any subsequent payments be made to her. The Court's Finance Office has requested that the Court issue an order directing it to modify the judgment to provide for payments to be made to Mr. Petrusha's widow, Patricia. Before doing so, the Court will provide the government and Defendant with the opportunity to lodge any objections they have to this request. Accordingly, the Court will file the request and John Petrusha's death certificate under seal, and it will serve a copy of those documents by mail on the government and on defense counsel.

It is hereby ORDERED that if either party objects to the request, that party shall file a notice to that effect, supported by legal authority. If the parties believe that an amended judgment reflecting this change is appropriate, they shall likewise notify the Court. Any objection to the request must be filed within 14 days. If the Court receives no objections, it will direct the Finance Office to modify the name of the victim so that payments may be made to Patricia Petrusha.

**IT IS SO ORDERED.**

Dated: August 16, 2017

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE