IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GHILARDUCCI,<br>Defendant. | Case No. 10-cr-00056-CRB-1<br><br>**ORDER DIRECTING FINANCE OFFICE TO CHANGE NAME OF PAYEE ON RESTITUTION CHECKS** |

On August 7, 2017, the Court received a communication from the wife of one of the victims in this case, Patricia Petrusha, advising the Court that her husband, John Petrusha, had passed away, and providing documentation. Patricia Petrusha requested that any subsequent payments be made to her. In an Order directed to the parties, the Court asked whether it would be appropriate to amend the judgment to provide that payments be made to Patricia Petrusha.

Having reviewed the parties' responses, the Court believes it is not necessary to amend the judgment. Neither the Defendant nor the government challenges Patricia Petrusha's right to the restitution monies owed to John Petrusha. Accordingly, the Court HEREBY ORDERS that the Finance Office shall change the name of the payee on the restitution checks from John Petrusha to Patricia Petrusha, at the address provided by Patricia Petrusha.

**IT IS SO ORDERED.**

Dated: September 19, 2017



CHARLES R. BREYER
United States District Judge